# EXHIBIT Q

Van: orders@urbanoutfitters.com
Datum: 20 juni 2012 12:42:36 GMT+02:00
Aan: msfmenke@yahoo.com
Onderwerp: Your order has been processed
Antwoord aan: orders@urbanoutfitters.com

# URBAN OUTFITTERS

Women's    Men's    Apartment    Blog    Sale    SHOP

## ORDER CONFIRMATION

Dear Menno,
Thank you for shopping with urbanoutfitters.com. Below you will find a summary of your order.
You can also access your detailed order history by clicking your order number.
We are currently preparing your order, and you will receive a second email when it has shipped.

Order #T004761428

**Email Address**
msfmenke@yahoo.com

**Billing Method**
AmericanExpress ending in 1002

*Gift Card payments will not be displayed above. They will be processed before your order ships and will be reflected on your shipment confirmation.*

**Billing Address**
Menno  Menke
Dukdalfweg 49
Amsterdam, Noord-Holland 1041BC
Netherlands
0204808182

**Shipping Address**
Menno  Menke
Dukdalfweg 49
Amsterdam, Noord-Holland  1041BC
Netherlands
0204808182

## Your Order Summary

26-06-12                    Re: FW: UO US order [D2120368-717596]



Cooperative Mixed Stripe Scarf  qty: 1            $24.00
MULTI, ONE SIZE

#24894511

If you have any questions regarding your order, please contact our    Subtotal        $24.00
Customer Service Department at orders@urbanoutfitters.com or by
phone. For US and Canadian customers, please call us at (800)
959-8794. For UK customers, please call us at 0800-988-7266.          Est. Shipping   $40.00
Lines are open from Monday through Friday, 8 a.m. to 8 p.m.
EST. For all other residents, please contact us at
orders@urbanoutfitters.com.                                           Est. Total      $64.00